**Earl Randolph CATLETT, Respondent,**

v.

**Pauline Catherine CATLETT, Appellant.**

**No. 52992.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Jan. 26, 1988.

David L. Mayhugh, Flat River, for appellant.

Huck, Kasten & Smith, P.C., Herbert A. Kasten, Jr., Ste. Genevieve, for respondent.

PER CURIAM.

This is a dissolution action. Wife appeals the trial court's judgment dividing marital property, awarding child support and attorneys fees, but denying wife an award of maintenance.

We find the trial court's judgment reflects no error of law and is supported by substantial evidence. No jurisprudential purpose would be served by an extended opinion.

Judgment affirmed pursuant to Rule 84.-16(b).